UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                    CASE NO. 3:22-bk-00140-JAB

    UZIEL RODRIGUEZ,

        Debtor.
_____

## **DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL**

The Debtor, Uziel Rodriguez, through the undersigned counsel, pursuant to §1208(b), United States Bankruptcy Code, notices (requests) the Court for entry of an Order dismissing this Chapter 12 Case. This case has not previously been converted under Section 706 or 1112 of Title 11, United States Code.

        THE CHAUNCEY LAW FIRM, P. A.

        BY      */s/ Anthony W. Chauncey*
        Anthony W. Chauncey, Esquire
        Florida Bar No. 75023
        320 White Avenue - Street Address
        Post Office Box 548 - Mailing Address
        Live Oak, Florida 32064
        Telephone:      (386) 364-4445
        Telecopier:      (386) 364-4508
        Email:   awc@chaunceylaw.com
        Attorneys for Debtor

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing was furnished by electronic/email notification or United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 12 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 and all interested persons shown on the attached mailing matrix on this 31st day of December, 2024.

THE CHAUNCEY LAW FIRM, P. A.


BY      */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Box 548 - Mailing Address
Live Oak, Florida 32064
Telephone:          (386) 364-4445
Telecopier:          (386) 364-4508
Email:     awc@chaunceylaw.com
Attorneys for Debtor

```
Label Matrix for local noticing          Ally Bank                                Ally Bank, c/o AIS Portfolio Services, LP
113A-3                                   P.O. Box 5703                            4515 N Santa Fe Ave. Dept. APS
Case 3:22-bk-00140-JAB                   Clearwater, FL 33758-5703                Oklahoma City, OK 73118-7901
Middle District of Florida
Jacksonville
Tue Dec 31 13:24:52 EST 2024

Jacob A. Brown                           PRA Receivables Management, LLC          Uziel Rodriguez
Jacksonville                             POB 41067                                14423 129th Road
, FL                                     NORFOLK, VA 23541-1067                   Live Oak, FL 32060-6624


Ally Financial                           AmSher Collection Services               AmSher Collection Services
Attn: Bankruptcy                         4524 Southlake Parkway                   4524 Southlake Parkway
Po Box 380901                            Birmingham, AL 35244-3270                Suite 15
Bloomington, MN 55438-0901                                                        Birmingham, AL 35244-3271


American Express                         American Express National Bank -         Amex
P.O. Box 650448                          c/o Becket and Lee LLP                   Correspondence/Bankruptcy
Dallas, TX 75265-0448                    PO Box 3001                              Po Box 981540
                                         Malvern  PA 19355-0701                   El Paso, TX 79998-1540


Amex                                     (p)BB AND T                              (p)BANK OF AMERICA
Po Box 981540                            PO BOX 1847                              PO BOX 982238
El Paso, TX 79998-1540                   WILSON NC 27894-1847                     EL PASO TX 79998-2238


Bank of America, N.A. -                  Capital One                              Capital One Bank (USA), N.A. -
PO Box 673033                            Attn: Bankruptcy                         by American InfoSource as agent
Dallas, TX 75267-3033                    Po Box 30285                             PO Box 71083
                                         Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083


(p)JPMORGAN CHASE BANK  N A              (p)DEERE CREDIT SERVICES  INC            Discover Bank -
BANKRUPTCY MAIL INTAKE TEAM              ATTN LITIGATION & RECOVERY DEPARTMENT    Discover Products Inc
700 KANSAS LANE FLOOR 01                 PO BOX 6600                              PO Box 3025
MONROE LA 71203-4774                     JOHNSTON IA 50131-6600                   New Albany, OH  43054-3025


Discover Financial                       Discover Financial                       (p)ELEVATE RECOVERIES LLC
Attn: Bankruptcy                         Post Office Box 3025                     P O BOX 910009
Po Box 3025                              New Albany, OH 43054-3025                SHERMAN TX 75091-0009
New Albany, OH 43054-3025


Fa/yamaha Motor Financ                   (p)FARMERS FURNITURE                     Florida Credit Union
Attn: Bankruptcy                         ATTN CORPORATE CREDIT DEPT               Attn: Bankruptcy
6555 Katella Ave                         PO BOX 1140                              Po Box 5549
Cypress, CA 90630-5101                   DUBLIN GA 31040-1140                     Gainesville, FL 32627-5549


Florida Credit Union                     Florida Dept. of Revenue                 Gina Nardiello
PO Box 5549                              Bankruptcy Unit                          18106 County Road 250 CR
Gainesville, FL 32627-5549               P.O. Box 6668                            Live Oak, FL 32060-5548
                                         Tallahassee, FL 32314-6668
```

Gina Nardiello  
c/o Coffey Mcpharlin Trial Law  
550 S Andrews Ave Ste 600  
Fort Lauderdale, FL 33301-4440

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A. -  
s/b/m/t Chase Bank USA, N.A.  
c/o National Bankruptcy Services, LLC  
P.O. Box 9013  
Addison, Texas 75001-9013

John Deere Financial  
Post Office Box 650215  
Dallas, TX 75265-0215

Lake City Medical Center -  
Resurgent Capital Services  
PO Box 1927  
Greenville, SC 29602-1927

(p)LENDMARK FINANCIAL SERVICES  
2118 USHER ST  
COVINGTON GA 30014-2434

Mariner Finance, LLC  
8211 Town Center Drive  
Nottingham, MD 21236-5904

Mariner Finance, LLC  
Attn: Bankruptcy  
8211 Town Center Drive  
Nottingham, MD 21236-5904

Midland Credit Management, Inc. -  
PO Box 2037  
Warren, MI 48090-2037

OneMain Financial  
Attn: Bankruptcy  
Po Box 3251  
Evansville, IN 47731-3251

OneMain Financial  
PO Box 3251  
Evansville, IN 47731-3251

(p)PORTFOLIO RECOVERY ASSOCIATES LLC  
PO BOX 41067  
NORFOLK VA 23541-1067

Sr F Cr Un  
203 Pinewood Way SW  
Live Oak, FL 32064-4055

Suwannee County Tax Collector -  
215 Pine Avenue, Ste A  
Live Oak FL 32064-2349

Synchrony Bank/Sams  
Attn: Bankruptcy  
Po Box 103104  
Roswell, GA 30076-9104

Synchrony Bank/Sams  
Attn: Bankruptcy  
Po Box 965060  
Orlando, FL 32896-5060

Synchrony Bank/Sams  
PO Box 965060  
Orlando, FL 32896-5060

Synchrony Bank/Sams Club  
Attn: Bankruptcy Dept  
Po Box 965060  
Orlando, FL 32896-5060

U.S. Bank NA dba Elan Financial Services -  
Bankruptcy Department  
PO Box 108  
Saint Louis, MO 63166-0108

(p)US BANK  
PO BOX 5229  
CINCINNATI OH 45201-5229

United States Attorney  
300 North Hogan St Suite 700  
Jacksonville, FL 32202-4204

(p)W S BADCOCK CORPORATION  
POST OFFICE BOX 724  
MULBERRY FL 33860-0724

William Langston -  
Post Office Box 540961  
Merritt Island, FL 32954-0961

World Omni Financial Corp.  
Attn: Bankruptcy  
Po Box 991817  
Mobile, AL 36691-8817

World Omni Financial Corp.  
PO Box 991817  
Mobile, AL 36691-8817

United States Trustee - JAX 13/7 7 +  
Office of the United States Trustee  
George C Young Federal Building  
400 West Washington Street, Suite 1100  
Orlando, FL 32801-2210

Douglas W Neway - Chapter 12 Trustee +  
Post Office Box 4308  
Jacksonville, FL 32201-4308

Anthony W. Chauncey +  
The Chauncey Law Firm, PA  
Post Office Box 548  
Live Oak, FL 32064-0548

Gavin Stewart +  
Stewart Legal Group, P.L.  
P.O. Box 5703  
Clearwater, FL 33758-5703

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

(d)BB&T
PO Box 1847
Wilson, NC 27894

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

(d)Bank of America
Post Office Box 982234
El Paso, TX 79998-2235

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15298
Wilmington, DE 19050

Deere & Company -
PO Box 6600
Johnston, IA 50131

Elevate Reco
1930 Grand Ave
Sherman, TX 75090

(d)Elevate Reco
1930 N Grand Ave
Sherman, TX 75090

Farmers Home Furniture
Attn: Bankruptcy
Po Box 1140
Dublin, GA 31040

(d)Farmers Home Furniture
PO Box 1140
Dublin, GA 31040

Lendmark Financial Services
1735 North Brown Road
Lawrenceville, GA 30043

(d)Lendmark Financial Services
1735 North Brown Road
Suite 300
Lawrenceville, GA 30043

Portfolio Recovery Associates, LLC -
PO Box 41067
Norfolk, VA 23541

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

(d)US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

W.S. Badcock Corporation
Attn: Bankruptcy
Po Box 497
Mulberry, FL 33860

(d)W.S. Badcock Corporation
PO Box 497
Mulberry, FL 33860


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LP -
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    58
Bypassed recipients     2
Total                  60